

LG Electronics Alabama, Inc
201 James Record Rd.
Huntsville, AL 35824
844-880-6954

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/16/2019 |
| Period End Date | 06/29/2019 |
| Pay Date | 07/05/2019 |
| Document | 45355 |
| Net Pay | $2,430.49 |

## Pay Details

| BRETT ANDREW MILLAR | | Employee Number | 104614 | Pay Group | LGEAI ISE | Federal Income Tax | S 3 |
|---|---|---|---|---|---|---|---|
| 102 BLUEBELLE DR. | | SSN | XXX-XX-7663 | Location | Huntsville, AL | AL State Income Tax (Residence) | W 2 |
| MADISON, AL 35758 | | Job | Mgr, Customer Svc | Division | I10001 - Customer Service | AL State Income Tax (Work) | W 2 |
| USA | | Pay Rate | $40.6278 | Department | I40026 - Field Service | | |
| | | Pay Frequency | Biweekly | Team | I40102 - FS KAM | | |
| | | | | Part | - | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Birthday Award | 0.0000 | $0.0000 | $0.00 | $45.92 |
| Dependent Life | | | $0.52 | $7.28 |
| Group Term Life | | | $4.94 | $68.41 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,596.50 |
| Non Sales Bonus | 0.0000 | $0.0000 | $0.00 | $6,976.00 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $5,619.04 |
| Regular Pay | 80.0000 | $40.6278 | $3,250.22 | $37,929.86 |
| Spouse Life | | | $2.08 | $29.12 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dep Life Child | No | $1.03 | $14.42 | $0.00 | $0.00 |
| Dependent Life | No | $0.52 | $7.28 | $0.00 | $0.00 |
| Group Term Life | No | $4.94 | $68.41 | $0.00 | $0.00 |
| Healthcare FSA | Yes | $20.00 | $280.00 | $0.00 | $0.00 |
| Spouse Life | No | $2.08 | $29.12 | $0.00 | $0.00 |
| Sup Spouse Life | No | $1.16 | $16.24 | $0.00 | $0.00 |
| Supp Life EE | No | $4.62 | $64.68 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $30.42 | $422.53 |
| Basic Child Lif | No | $0.00 | $0.00 | $0.52 | $7.28 |
| Basic Emp Life | No | $0.00 | $0.00 | $0.32 | $4.48 |
| Basic Sp Life | No | $0.00 | $0.00 | $2.08 | $29.12 |
| Dental | Yes | $0.00 | $0.00 | $120.00 | $840.00 |
| Group Term Life | No | $0.00 | $0.00 | $131.83 | $1,831.12 |
| Long Term Disab | No | $0.00 | $0.00 | $5.20 | $72.20 |
| Medical HBCBS | Yes | $0.00 | $0.00 | $1,412.00 | $9,884.00 |
| Short Term Dis | No | $0.00 | $0.00 | $3.83 | $53.17 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $414.25 | $7,265.48 |
| Employee Medicare | $46.95 | $753.89 |
| Social Security Employee Tax | $200.74 | $3,223.51 |
| AL State Income Tax | $130.98 | $2,170.87 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floating Hol. | 0.0000 | 16.0000 |
| Paid Time Off | 6.4600 | 51.5800 |

## Net Pay Distribution

Account Type - Attention Debit Card Users: When Selecting Debit Card As Your Direct Deposit Account Type, Please Be Sure To Obtain Your Account Number From The Bank Who Is Providing The Debit Card Service. The Number On The Debit Card May Not Be The Same As The Account Number Resulting In Direct Deposit Rejection And A Delay In Payment.

| Account Number | | Amount |
|---|---|---|
| xxxxxxxxx4340 | Checking | $2,430.49 |
| Total | | $2,430.49 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,257.76 | $3,237.76 | $792.92 | $34.35 | $2,430.49 |
| YTD | $52,272.13 | $51,992.13 | $13,413.75 | $480.15 | $38,378.23 |



**LG Electronics Alabama, Inc**
201 James Record Rd.
Huntsville, AL 35824
844-880-6954

**Pay Statement**
Period Start Date 06/02/2019
Period End Date 06/15/2019
Pay Date 06/21/2019
Document 44573
Net Pay $2,430.49

## Pay Details

| | | | |
|---|---|---|---|
| **BRETT ANDREW MILLAR** | Employee Number 104614 | Pay Group LGEAI ISE | Federal Income Tax S 3 |
| 102 BLUEBELLE DR. | SSN XXX-XX-7663 | Location Huntsville, AL | AL State Income Tax (Residence) W 2 |
| MADISON, AL 35758 | Job Mgr, Customer Svc | Division I10001 - Customer Service | AL State Income Tax (Work) W 2 |
| USA | Pay Rate $40.6278 | Department I40026 - Field Service | |
| | Pay Frequency Biweekly | Team I40102 - FS KAM | |
| | | Part - | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Birthday Award | 0.0000 | $0.0000 | $0.00 | $45.92 |
| Dependent Life | | | $0.52 | $6.76 |
| Group Term Life | | | $4.94 | $63.47 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,596.50 |
| Non Sales Bonus | 0.0000 | $0.0000 | $0.00 | $6,976.00 |
| Paid Time Off | 28.0000 | $40.6278 | $1,137.58 | $5,619.04 |
| Regular Pay | 52.0000 | $40.6278 | $2,112.64 | $34,679.64 |
| Spouse Life | | | $2.08 | $27.04 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dep Life Child | No | $1.03 | $13.39 | $0.00 | $0.00 |
| Dependent Life | No | $0.52 | $6.76 | $0.00 | $0.00 |
| Group Term Life | No | $4.94 | $63.47 | $0.00 | $0.00 |
| Healthcare FSA | Yes | $20.00 | $260.00 | $0.00 | $0.00 |
| Spouse Life | No | $2.08 | $27.04 | $0.00 | $0.00 |
| Sup Spouse Life | No | $1.16 | $15.08 | $0.00 | $0.00 |
| Supp Life EE | No | $4.62 | $60.06 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $30.42 | $392.11 |
| Basic Child Lif | No | $0.00 | $0.00 | $0.52 | $6.76 |
| Basic Emp Life | No | $0.00 | $0.00 | $0.32 | $4.16 |
| Basic Sp Life | No | $0.00 | $0.00 | $2.08 | $27.04 |
| Dental | Yes | $0.00 | $0.00 | $0.00 | $720.00 |
| Group Term Life | No | $0.00 | $0.00 | $131.83 | $1,699.29 |
| Long Term Disab | No | $0.00 | $0.00 | $5.20 | $67.00 |
| Medical HBCBS | Yes | $0.00 | $0.00 | $0.00 | $8,472.00 |
| Short Term Dis | No | $0.00 | $0.00 | $3.83 | $49.34 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $414.25 | $6,851.23 |
| Employee Medicare | $46.95 | $706.94 |
| Social Security Employee Tax | $200.74 | $3,022.77 |
| AL State Income Tax | $130.98 | $2,039.89 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floating Hol. | 0.0000 | 16.0000 |
| Paid Time Off | 6.4600 | 45.1200 |

## Net Pay Distribution

Account Type - Attention Debit Card Users: When Selecting Debit Card As Your Direct Deposit Account Type, Please Be Sure To Obtain Your Account Number From The Bank Who Is Providing The Debit Card Service. The Number On The Debit Card May Not Be The Same As The Account Number Resulting In Direct Deposit Rejection And A Delay In Payment.

| Account Number | | Amount |
|---|---|---|
| xxxxxxxxx4340 | Checking | $2,430.49 |
| Total | | $2,430.49 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,257.76 | $3,237.76 | $792.92 | $34.35 | $2,430.49 |
| YTD | $49,014.37 | $48,754.37 | $12,620.83 | $445.80 | $35,947.74 |



LG Electronics Alabama, Inc
201 James Record Rd.
Huntsville, AL 35824
844-880-6954

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/19/2019 |
| Period End Date | 06/01/2019 |
| Pay Date | 06/07/2019 |
| Document | 43983 |
| Net Pay | $2,430.49 |

## Pay Details

**BRETT ANDREW MILLAR**
102 BLUEBELLE DR.
MADISON, AL 35758
USA

| | | | | | |
|---|---|---|---|---|---|
| Employee Number | 104614 | Pay Group | LGEAI ISE | Federal Income Tax | S 3 |
| SSN | XXX-XX-7663 | Location | Huntsville, AL | AL State Income Tax (Residence) | W 2 |
| Job | Mgr, Customer Svc | Division | I10001 - Customer Service | AL State Income Tax (Work) | W 2 |
| Pay Rate | $40.6278 | Department | I40026 - Field Service | | |
| Pay Frequency | Biweekly | Team | I40102 - FS KAM | | |
| | | Part | - | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Birthday Award | 0.0000 | $0.0000 | $0.00 | $45.92 |
| Dependent Life | | | $0.52 | $6.24 |
| Group Term Life | | | $4.94 | $58.53 |
| Holiday | 8.0000 | $40.6278 | $325.02 | $1,596.50 |
| Non Sales Bonus | 0.0000 | $0.0000 | $0.00 | $6,976.00 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $4,481.46 |
| Regular Pay | 72.0000 | $40.6278 | $2,925.20 | $32,567.00 |
| Spouse Life | | | $2.08 | $24.96 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dep Life Child | No | $1.03 | $12.36 | $0.00 | $0.00 |
| Dependent Life | No | $0.52 | $6.24 | $0.00 | $0.00 |
| Group Term Life | No | $4.94 | $58.53 | $0.00 | $0.00 |
| Healthcare FSA | Yes | $20.00 | $240.00 | $0.00 | $0.00 |
| Spouse Life | No | $2.08 | $24.96 | $0.00 | $0.00 |
| Sup Spouse Life | No | $1.16 | $13.92 | $0.00 | $0.00 |
| Supp Life EE | No | $4.62 | $55.44 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $30.42 | $361.69 |
| Basic Child Lif | No | $0.00 | $0.00 | $0.52 | $6.24 |
| Basic Emp Life | No | $0.00 | $0.00 | $0.32 | $3.84 |
| Basic Sp Life | No | $0.00 | $0.00 | $2.08 | $24.96 |
| Dental | Yes | $0.00 | $0.00 | $120.00 | $720.00 |
| Group Term Life | No | $0.00 | $0.00 | $131.83 | $1,567.46 |
| Long Term Disab | No | $0.00 | $0.00 | $5.20 | $61.80 |
| Medical HBCBS | Yes | $0.00 | $0.00 | $1,412.00 | $8,472.00 |
| Short Term Dis | No | $0.00 | $0.00 | $3.83 | $45.51 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $414.25 | $6,436.98 |
| Employee Medicare | $46.95 | $659.99 |
| Social Security Employee Tax | $200.74 | $2,822.03 |
| AL State Income Tax | $130.98 | $1,908.91 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floating Hol. | 0.0000 | 16.0000 |
| Paid Time Off | 6.4600 | 66.6600 |

## Net Pay Distribution

Account Type - Attention Debit Card Users: When Selecting Debit Card As Your Direct Deposit Account Type, Please Be Sure To Obtain Your Account Number From The Bank Who Is Providing The Debit Card Service. The Number On The Debit Card May Not Be The Same As The Account Number Resulting In Direct Deposit Rejection And A Delay In Payment.

| Account Number | | Amount |
|---|---|---|
| xxxxxxxx4340 | Checking | $2,430.49 |
| Total | | $2,430.49 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,257.76 | $3,237.76 | $792.92 | $34.35 | $2,430.49 |
| YTD | $45,756.61 | $45,516.61 | $11,827.91 | $411.45 | $33,517.25 |



**LG Electronics Alabama, Inc**
201 James Record Rd.
Huntsville, AL 35824
844-880-6954

**Pay Statement**
Period Start Date 05/05/2019
Period End Date 05/18/2019
Pay Date 05/24/2019
Document 43208
Net Pay $2,430.50

## Pay Details

**BRETT ANDREW MILLAR**
102 BLUEBELLE DR.
MADISON, AL 35758
USA

| | | | |
|---|---|---|---|
| Employee Number | 104614 | Pay Group | LGEAI ISE |
| SSN | XXX-XX-7663 | Location | Huntsville, AL |
| Job | Mgr, Customer Svc | Division | I10001 - Customer Service |
| Pay Rate | $40.6278 | Department | I40026 - Field Service |
| Pay Frequency | Biweekly | Team | I40102 - FS KAM |
| | | Part | - |

| | | |
|---|---|---|
| Federal Income Tax | S | 3 |
| AL State Income Tax (Residence) | W | 2 |
| AL State Income Tax (Work) | W | 2 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Birthday Award | 0.0000 | $0.0000 | $0.00 | $45.92 |
| Dependent Life | | | $0.52 | $5.72 |
| Group Term Life | | | $4.94 | $53.59 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,271.48 |
| Non Sales Bonus | 0.0000 | $0.0000 | $0.00 | $6,976.00 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $4,481.46 |
| Regular Pay | 80.0000 | $40.6278 | $3,250.22 | $29,641.80 |
| Spouse Life | | | $2.08 | $22.88 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dep Life Child | No | $1.03 | $11.33 | $0.00 | $0.00 |
| Dependent Life | No | $0.52 | $5.72 | $0.00 | $0.00 |
| Group Term Life | No | $4.94 | $53.59 | $0.00 | $0.00 |
| Healthcare FSA | Yes | $20.00 | $220.00 | $0.00 | $0.00 |
| Spouse Life | No | $2.08 | $22.88 | $0.00 | $0.00 |
| Sup Spouse Life | No | $1.16 | $12.76 | $0.00 | $0.00 |
| Supp Life EE | No | $4.62 | $50.82 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $30.42 | $331.27 |
| Basic Child Lif | No | $0.00 | $0.00 | $0.52 | $5.72 |
| Basic Emp Life | No | $0.00 | $0.00 | $0.32 | $3.52 |
| Basic Sp Life | No | $0.00 | $0.00 | $2.08 | $22.88 |
| Dental | Yes | $0.00 | $0.00 | $0.00 | $600.00 |
| Group Term Life | No | $0.00 | $0.00 | $131.83 | $1,435.63 |
| Long Term Disab | No | $0.00 | $0.00 | $5.20 | $56.60 |
| Medical HBCBS | Yes | $0.00 | $0.00 | $0.00 | $7,060.00 |
| Short Term Dis | No | $0.00 | $0.00 | $3.83 | $41.68 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $414.25 | $6,022.73 |
| Employee Medicare | $46.94 | $613.04 |
| Social Security Employee Tax | $200.74 | $2,621.29 |
| AL State Income Tax | $130.98 | $1,777.93 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floating Hol. | 0.0000 | 16.0000 |
| Paid Time Off | 6.4600 | 60.2000 |

## Net Pay Distribution

Account Type - Attention Debit Card Users: When Selecting Debit Card As Your Direct Deposit Account Type, Please Be Sure To Obtain Your Account Number From The Bank Who Is Providing The Debit Card Service. The Number On The Debit Card May Not Be The Same As The Account Number Resulting In Direct Deposit Rejection And A Delay In Payment.

| Account Number | | Amount |
|---|---|---|
| xxxxxxxxx4340 | Checking | $2,430.50 |
| Total | | $2,430.50 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,257.76 | $3,237.76 | $792.91 | $34.35 | $2,430.50 |
| YTD | $42,498.85 | $42,278.85 | $11,034.99 | $377.10 | $31,086.76 |



**LG Electronics Alabama, Inc**
201 James Record Rd.
Huntsville, AL 35824
844-880-6954

**Pay Statement**
Period Start Date 04/21/2019
Period End Date 05/04/2019
Pay Date 05/10/2019
Document 42517
Net Pay $2,430.49

## Pay Details

| | | | |
|---|---|---|---|
| **BRETT ANDREW MILLAR** | Employee Number 104614 | Pay Group LGEAI ISE | Federal Income Tax S 3 |
| 102 BLUEBELLE DR. | SSN XXX-XX-7663 | Location Huntsville, AL | AL State Income Tax (Residence) W 2 |
| MADISON, AL 35758 | Job Mgr, Customer Svc | Division I10001 - Customer Service | AL State Income Tax (Work) W 2 |
| USA | Pay Rate $40.6278 | Department I40026 - Field Service | |
| | Pay Frequency Biweekly | Team I40102 - FS KAM | |
| | | Part - | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Birthday Award | 0.0000 | $0.0000 | $0.00 | $45.92 |
| Dependent Life | | | $0.52 | $5.20 |
| Group Term Life | | | $4.94 | $48.65 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,271.48 |
| Non Sales Bonus | 0.0000 | $0.0000 | $0.00 | $6,976.00 |
| Paid Time Off | 8.0000 | $40.6278 | $325.02 | $4,481.46 |
| Regular Pay | 72.0000 | $40.6278 | $2,925.20 | $26,391.58 |
| Spouse Life | | | $2.08 | $20.80 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dep Life Child | No | $1.03 | $10.30 | $0.00 | $0.00 |
| Dependent Life | No | $0.52 | $5.20 | $0.00 | $0.00 |
| Group Term Life | No | $4.94 | $48.65 | $0.00 | $0.00 |
| Healthcare FSA | Yes | $20.00 | $200.00 | $0.00 | $0.00 |
| Spouse Life | No | $2.08 | $20.80 | $0.00 | $0.00 |
| Sup Spouse Life | No | $1.16 | $11.60 | $0.00 | $0.00 |
| Supp Life EE | No | $4.62 | $46.20 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $30.42 | $300.85 |
| Basic Child Lif | No | $0.00 | $0.00 | $0.52 | $5.20 |
| Basic Emp Life | No | $0.00 | $0.00 | $0.32 | $3.20 |
| Basic Sp Life | No | $0.00 | $0.00 | $2.08 | $20.80 |
| Dental | Yes | $0.00 | $0.00 | $120.00 | $600.00 |
| Group Term Life | No | $0.00 | $0.00 | $131.83 | $1,303.80 |
| Long Term Disab | No | $0.00 | $0.00 | $5.20 | $51.40 |
| Medical HBCBS | Yes | $0.00 | $0.00 | $1,412.00 | $7,060.00 |
| Short Term Dis | No | $0.00 | $0.00 | $3.83 | $37.85 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $414.25 | $5,608.48 |
| Employee Medicare | $46.95 | $566.10 |
| Social Security Employee Tax | $200.74 | $2,420.55 |
| AL State Income Tax | $130.98 | $1,646.95 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floating Hol. | 0.0000 | 16.0000 |
| Paid Time Off | 6.4600 | 53.7400 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx4340 | Checking | $2,430.49 |
| Total | | $2,430.49 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,257.76 | $3,237.76 | $792.92 | $34.35 | $2,430.49 |
| YTD | $39,241.09 | $39,041.09 | $10,242.08 | $342.75 | $28,656.26 |



**LG Electronics Alabama, Inc**
201 James Record Rd.
Huntsville, AL 35824
844-880-6954

**Pay Statement**
Period Start Date 04/07/2019
Period End Date 04/20/2019
Pay Date 04/26/2019
Document 41872
Net Pay $2,430.49

## Pay Details

| | | | |
|---|---|---|---|
| BRETT ANDREW MILLAR | Employee Number 104614 | Pay Group LGEAI ISE | Federal Income Tax S 3 |
| 102 BLUEBELLE DR. | SSN XXX-XX-7663 | Location Huntsville, AL | AL State Income Tax (Residence) W 2 |
| MADISON, AL 35758 | Job Cust Svc Analyst III | Division I10001 - Customer Service | AL State Income Tax (Work) W 2 |
| USA | Pay Rate $40.6278 | Department I40026 - Field Service | |
| | Pay Frequency Biweekly | Team I40102 - FS KAM | |
| | | Part - | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Birthday Award | 0.0000 | $0.0000 | $0.00 | $45.92 |
| Dependent Life | | | $0.52 | $4.68 |
| Group Term Life | | | $4.94 | $43.71 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,271.48 |
| Non Sales Bonus | 0.0000 | $0.0000 | $0.00 | $6,976.00 |
| Paid Time Off | 13.0000 | $40.6278 | $528.16 | $4,156.44 |
| Regular Pay | 67.0000 | $40.6278 | $2,722.06 | $23,466.38 |
| Spouse Life | | | $2.08 | $18.72 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dep Life Child | No | $1.03 | $9.27 | $0.00 | $0.00 |
| Dependent Life | No | $0.52 | $4.68 | $0.00 | $0.00 |
| Group Term Life | No | $4.94 | $43.71 | $0.00 | $0.00 |
| Healthcare FSA | Yes | $20.00 | $180.00 | $0.00 | $0.00 |
| Spouse Life | No | $2.08 | $18.72 | $0.00 | $0.00 |
| Sup Spouse Life | No | $1.16 | $10.44 | $0.00 | $0.00 |
| Supp Life EE | No | $4.62 | $41.58 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $30.42 | $270.43 |
| Basic Child Lif | No | $0.00 | $0.00 | $0.52 | $4.68 |
| Basic Emp Life | No | $0.00 | $0.00 | $0.32 | $2.88 |
| Basic Sp Life | No | $0.00 | $0.00 | $2.08 | $18.72 |
| Dental | Yes | $0.00 | $0.00 | $0.00 | $480.00 |
| Group Term Life | No | $0.00 | $0.00 | $131.83 | $1,171.97 |
| Long Term Disab | No | $0.00 | $0.00 | $5.20 | $46.20 |
| Medical HBCBS | Yes | $0.00 | $0.00 | $0.00 | $5,648.00 |
| Short Term Dis | No | $0.00 | $0.00 | $3.83 | $34.02 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $414.25 | $5,194.23 |
| Employee Medicare | $46.95 | $519.15 |
| Social Security Employee Tax | $200.74 | $2,219.81 |
| AL State Income Tax | $130.98 | $1,515.97 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floating Hol. | 0.0000 | 16.0000 |
| Paid Time Off | 6.4600 | 55.2800 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx4340 | Checking | $2,430.49 |
| Total | | $2,430.49 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,257.76 | $3,237.76 | $792.92 | $34.35 | $2,430.49 |
| YTD | $35,983.33 | $35,803.33 | $9,449.16 | $308.40 | $26,225.77 |



**LG Electronics Alabama, Inc**
201 James Record Rd.
Huntsville, AL 35824
256-774-4119

**Pay Statement**
Period Start Date 03/24/2019
Period End Date 04/06/2019
Pay Date 04/12/2019
Document 41279
Net Pay $2,430.48

## Pay Details

| | | | |
|---|---|---|---|
| **BRETT ANDREW MILLAR** | Employee Number 104614 | Pay Group LGEAI ISE | Federal Income Tax S 3 |
| 102 BLUEBELLE DR. | SSN XXX-XX-7663 | Location Huntsville, AL | AL State Income Tax (Residence) W 2 |
| MADISON, AL 35758 | Job Cust Svc Analyst III | Division I10001 - Customer Service | AL State Income Tax (Work) W 2 |
| USA | Pay Rate $40.6278 | Department I40026 - Field Service | |
| | Pay Frequency Biweekly | Team I40102 - FS KAM | |
| | | Part - | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Birthday Award | 0.0000 | $0.0000 | $0.00 | $45.92 |
| Dependent Life | | | $0.52 | $4.16 |
| Group Term Life | | | $4.94 | $38.77 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,271.48 |
| Non Sales Bonus | 0.0000 | $0.0000 | $0.00 | $6,976.00 |
| Paid Time Off | 2.0000 | $40.6278 | $81.26 | $3,628.28 |
| Regular Pay | 78.0000 | $40.6278 | $3,168.96 | $20,744.32 |
| Spouse Life | | | $2.08 | $16.64 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dep Life Child | No | $1.03 | $8.24 | $0.00 | $0.00 |
| Dependent Life | No | $0.52 | $4.16 | $0.00 | $0.00 |
| Group Term Life | No | $4.94 | $38.77 | $0.00 | $0.00 |
| Healthcare FSA | Yes | $20.00 | $160.00 | $0.00 | $0.00 |
| Spouse Life | No | $2.08 | $16.64 | $0.00 | $0.00 |
| Sup Spouse Life | No | $1.16 | $9.28 | $0.00 | $0.00 |
| Supp Life EE | No | $4.62 | $36.96 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $30.42 | $240.01 |
| Basic Child Lif | No | $0.00 | $0.00 | $0.52 | $4.16 |
| Basic Emp Life | No | $0.00 | $0.00 | $0.32 | $2.56 |
| Basic Sp Life | No | $0.00 | $0.00 | $2.08 | $16.64 |
| Dental | Yes | $0.00 | $0.00 | $120.00 | $480.00 |
| Group Term Life | No | $0.00 | $0.00 | $131.83 | $1,040.14 |
| Long Term Disab | No | $0.00 | $0.00 | $5.20 | $41.00 |
| Medical HBCBS | Yes | $0.00 | $0.00 | $1,412.00 | $5,648.00 |
| Short Term Dis | No | $0.00 | $0.00 | $3.83 | $30.19 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $414.25 | $4,779.98 |
| Employee Medicare | $46.95 | $472.20 |
| Social Security Employee Tax | $200.75 | $2,019.07 |
| AL State Income Tax | $130.98 | $1,384.99 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floating Hol. | 0.0000 | 16.0000 |
| Paid Time Off | 6.4600 | 61.8200 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx4340 | Checking | $2,430.48 |
| Total | | $2,430.48 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,257.76 | $3,237.76 | $792.93 | $34.35 | $2,430.48 |
| YTD | $32,725.57 | $32,565.57 | $8,656.24 | $274.05 | $23,795.28 |



LG Electronics Alabama, Inc
201 James Record Rd.
Huntsville, AL 35824
256-774-4119

**Pay Statement**
Period Start Date 03/10/2019
Period End Date 03/23/2019
Pay Date 03/29/2019
Document 40538
Net Pay $2,430.50

## Pay Details

| | | | |
|---|---|---|---|
| BRETT ANDREW MILLAR | Employee Number 104614 | Pay Group LGEAI ISE | Federal Income Tax S 3 |
| 102 BLUEBELLE DR. | SSN XXX-XX-7663 | Location Huntsville, AL | AL State Income Tax (Residence) W 2 |
| MADISON, AL 35758 | Job Cust Svc Analyst III | Division I10001 - Customer Service | AL State Income Tax (Work) W 2 |
| USA | Pay Rate $40.6278 | Department I40026 - Field Service | |
| | Pay Frequency Biweekly | Team I40102 - FS KAM | |
| | | Part - | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Birthday Award | 0.0000 | $0.0000 | $0.00 | $45.92 |
| Dependent Life | | | $0.52 | $3.64 |
| Group Term Life | | | $4.94 | $33.83 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,271.48 |
| Non Sales Bonus | 0.0000 | $0.0000 | $0.00 | $6,976.00 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $3,547.02 |
| Regular Pay | 80.0000 | $40.6278 | $3,250.22 | $17,575.36 |
| Spouse Life | | | $2.08 | $14.56 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dep Life Child | No | $1.03 | $7.21 | $0.00 | $0.00 |
| Dependent Life | No | $0.52 | $3.64 | $0.00 | $0.00 |
| Group Term Life | No | $4.94 | $33.83 | $0.00 | $0.00 |
| Healthcare FSA | Yes | $20.00 | $140.00 | $0.00 | $0.00 |
| Spouse Life | No | $2.08 | $14.56 | $0.00 | $0.00 |
| Sup Spouse Life | No | $1.16 | $8.12 | $0.00 | $0.00 |
| Supp Life EE | No | $4.62 | $32.34 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $30.42 | $209.59 |
| Basic Child Lif | No | $0.00 | $0.00 | $0.52 | $3.64 |
| Basic Emp Life | No | $0.00 | $0.00 | $0.32 | $2.24 |
| Basic Sp Life | No | $0.00 | $0.00 | $2.08 | $14.56 |
| Dental | Yes | $0.00 | $0.00 | $0.00 | $360.00 |
| Group Term Life | No | $0.00 | $0.00 | $131.83 | $908.31 |
| Long Term Disab | No | $0.00 | $0.00 | $5.20 | $35.80 |
| Medical HBCBS | Yes | $0.00 | $0.00 | $0.00 | $4,236.00 |
| Short Term Dis | No | $0.00 | $0.00 | $3.83 | $26.36 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $414.25 | $4,365.73 |
| Employee Medicare | $46.94 | $425.25 |
| Social Security Employee Tax | $200.74 | $1,818.32 |
| AL State Income Tax | $130.98 | $1,254.01 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floating Hol. | 0.0000 | 16.0000 |
| Paid Time Off | 6.4600 | 57.3600 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx4340 | Checking | $2,430.50 |
| Total | | $2,430.50 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,257.76 | $3,237.76 | $792.91 | $34.35 | $2,430.50 |
| YTD | $29,467.81 | $29,327.81 | $7,863.31 | $239.70 | $21,364.80 |

Case 19-82211-CRJ7    Doc 4    Filed 07/24/19    Entered 07/24/19 16:14:18    Desc Main
Document    Page 8 of 16



| | |
|---|---|
| LG Electronics Alabama, Inc | **Pay Statement** |
| 201 James Record Rd. | Period Start Date 02/24/2019 |
| Huntsville, AL 35824 | Period End Date 03/09/2019 |
| 256-774-4119 | Pay Date 03/15/2019 |
| | Document 40281 |
| | Net Pay $2,430.49 |

## Pay Details

| | | | |
|---|---|---|---|
| **BRETT ANDREW MILLAR** | Employee Number 104614 | Pay Group LGEAI ISE | Federal Income Tax S 3 |
| 102 BLUEBELLE DR. | SSN XXX-XX-7663 | Location Huntsville, AL | AL State Income Tax (Residence) W 2 |
| MADISON, AL 35758 | Job Cust Svc Analyst III | Division I10001 - Customer Service | AL State Income Tax (Work) W 2 |
| USA | Pay Rate $40.6278 | Department I40026 - Field Service | |
| | Pay Frequency Biweekly | Team I40102 - FS KAM | |
| | | Part - | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Birthday Award | 0.0000 | $0.0000 | $0.00 | $45.92 |
| Dependent Life | | | $0.52 | $3.12 |
| Group Term Life | | | $4.94 | $28.89 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,271.48 |
| Non Sales Bonus | 0.0000 | $0.0000 | $0.00 | $6,976.00 |
| Paid Time Off | 12.0000 | $40.6278 | $487.53 | $3,547.02 |
| Regular Pay | 68.0000 | $40.6278 | $2,762.69 | $14,325.14 |
| Spouse Life | | | $2.08 | $12.48 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dep Life Child | No | $1.03 | $6.18 | $0.00 | $0.00 |
| Dependent Life | No | $0.52 | $3.12 | $0.00 | $0.00 |
| Group Term Life | No | $4.94 | $28.89 | $0.00 | $0.00 |
| Healthcare FSA | Yes | $20.00 | $120.00 | $0.00 | $0.00 |
| Spouse Life | No | $2.08 | $12.48 | $0.00 | $0.00 |
| Sup Spouse Life | No | $1.16 | $6.96 | $0.00 | $0.00 |
| Supp Life EE | No | $4.62 | $27.72 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $30.42 | $179.17 |
| Basic Child Lif | No | $0.00 | $0.00 | $0.52 | $3.12 |
| Basic Emp Life | No | $0.00 | $0.00 | $0.32 | $1.92 |
| Basic Sp Life | No | $0.00 | $0.00 | $2.08 | $12.48 |
| Dental | Yes | $0.00 | $0.00 | $0.00 | $360.00 |
| Group Term Life | No | $0.00 | $0.00 | $131.83 | $776.48 |
| Long Term Disab | No | $0.00 | $0.00 | $5.20 | $30.60 |
| Medical HBCBS | Yes | $0.00 | $0.00 | $0.00 | $4,236.00 |
| Short Term Dis | No | $0.00 | $0.00 | $3.83 | $22.53 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $414.25 | $3,951.48 |
| Employee Medicare | $46.95 | $378.31 |
| Social Security Employee Tax | $200.74 | $1,617.58 |
| AL State Income Tax | $130.98 | $1,123.03 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floating Hol. | 0.0000 | 16.0000 |
| Paid Time Off | 6.4600 | 50.9000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx4340 | Checking | $2,430.49 |
| Total | | $2,430.49 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,257.76 | $3,237.76 | $792.92 | $34.35 | $2,430.49 |
| YTD | $26,210.05 | $26,090.05 | $7,070.40 | $205.35 | $18,934.30 |



LG Electronics Alabama, Inc
201 James Record Rd.
Huntsville, AL 35824
256-774-4119

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 03/01/2019 |
| Period End Date | 03/01/2019 |
| Pay Date | 03/08/2019 |
| Document | 39863 |
| Net Pay | $4,558.82 |

## Pay Details

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **BRETT ANDREW MILLAR** | | Employee Number | 104614 | Pay Group | LGEAI ISE | Federal Income Tax | S 3 |
| 102 BLUEBELLE DR. | | SSN | XXX-XX-7663 | Location | Huntsville, AL | AL State Income Tax (Residence) | W 2 |
| MADISON, AL 35758 | | Job | Cust Svc Analyst III | Division | I10001 - Customer Service | AL State Income Tax (Work) | W 2 |
| USA | | Pay Rate | $40.6278 | Department | I40026 - Field Service | | |
| | | Pay Frequency | Biweekly | Team | I40102 - FS KAM | | |
| | | | | Part | - | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Birthday Award | 0.0000 | $0.0000 | $0.00 | $45.92 |
| Dependent Life | 0.0000 | $0.0000 | $0.00 | $2.60 |
| Group Term Life | 0.0000 | $0.0000 | $0.00 | $23.95 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,271.48 |
| Non Sales Bonus | | | $5,323.00 | |
| Non Sales Bonus | | | $1,653.00 | $1,653.00 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $3,059.49 |
| Regular Pay | 0.0000 | $0.0000 | $0.00 | $11,562.45 |
| Spouse Life | 0.0000 | $0.0000 | $0.00 | $10.40 |

Total Hours 0.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dep Life Child | No | $0.00 | $5.15 | $0.00 | $0.00 |
| Dependent Life | No | $0.00 | $2.60 | $0.00 | $0.00 |
| Group Term Life | No | $0.00 | $23.95 | $0.00 | $0.00 |
| Healthcare FSA | Yes | $0.00 | $100.00 | $0.00 | $0.00 |
| Spouse Life | No | $0.00 | $10.40 | $0.00 | $0.00 |
| Sup Spouse Life | No | $0.00 | $5.80 | $0.00 | $0.00 |
| Supp Life EE | No | $0.00 | $23.10 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $0.00 | $148.75 |
| Basic Child Lif | No | $0.00 | $0.00 | $0.00 | $2.60 |
| Basic Emp Life | No | $0.00 | $0.00 | $0.00 | $1.60 |
| Basic Sp Life | No | $0.00 | $0.00 | $0.00 | $10.40 |
| Dental | Yes | $0.00 | $0.00 | $0.00 | $360.00 |
| Group Term Life | No | $0.00 | $0.00 | $0.00 | $644.65 |
| Long Term Disab | No | $0.00 | $0.00 | $0.00 | $25.40 |
| Medical HBCBS | Yes | $0.00 | $0.00 | $0.00 | $4,236.00 |
| Short Term Dis | No | $0.00 | $0.00 | $0.00 | $18.70 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $1,534.72 | $3,537.23 |
| Employee Medicare | $101.15 | $331.36 |
| Social Security Employee Tax | $432.51 | $1,416.84 |
| AL State Income Tax | $348.80 | $992.05 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floating Hol. | 0.0000 | 16.0000 |
| Paid Time Off | 0.0000 | 56.4400 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx4340 | Checking | $4,558.82 |
| Total | | $4,558.82 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $6,976.00 | $6,976.00 | $2,417.18 | $0.00 | $4,558.82 |
| YTD | $17,629.29 | $22,852.29 | $6,277.48 | $171.00 | $11,180.81 |



**LG Electronics Alabama, Inc**
201 James Record Rd.
Huntsville, AL 35824
256-774-4119

| Pay Statement | |
|---|---|
| Period Start Date | 02/10/2019 |
| Period End Date | 02/23/2019 |
| Pay Date | 03/01/2019 |
| Document | 39530 |
| Net Pay | $2,382.99 |

## Pay Details

| | | | |
|---|---|---|---|
| **BRETT ANDREW MILLAR** | **Employee Number** 104614 | **Pay Group** LGEAI ISE | **Federal Income Tax** S 3 |
| 102 BLUEBELLE DR. | **SSN** XXX-XX-7663 | **Location** Huntsville, AL | **AL State Income Tax (Residence)** W 2 |
| MADISON, AL 35758 | **Job** Cust Svc Analyst III | **Division** I10001 - Customer Service | **AL State Income Tax (Work)** W 2 |
| USA | **Pay Rate** $39.7335 | **Department** I40026 - Field Service | |
| | **Pay Frequency** Biweekly | **Team** I40102 - FS KAM | |
| | | **Part** - | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Birthday Award | 0.0000 | $0.0000 | $0.00 | $45.92 |
| Dependent Life | | | $0.52 | $2.60 |
| Group Term Life | | | $4.79 | $23.95 |
| Holiday | 8.0000 | $39.7335 | $317.87 | $1,271.48 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $3,059.49 |
| Regular Pay | 72.0000 | $39.7335 | $2,860.81 | $11,562.45 |
| Spouse Life | | | $2.08 | $10.40 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dep Life Child | No | $1.03 | $5.15 | $0.00 | $0.00 |
| Dependent Life | No | $0.52 | $2.60 | $0.00 | $0.00 |
| Group Term Life | No | $4.79 | $23.95 | $0.00 | $0.00 |
| Healthcare FSA | Yes | $20.00 | $100.00 | $0.00 | $0.00 |
| Spouse Life | No | $2.08 | $10.40 | $0.00 | $0.00 |
| Sup Spouse Life | No | $1.16 | $5.80 | $0.00 | $0.00 |
| Supp Life EE | No | $4.62 | $23.10 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $29.75 | $148.75 |
| Basic Child Lif | No | $0.00 | $0.00 | $0.52 | $2.60 |
| Basic Emp Life | No | $0.00 | $0.00 | $0.32 | $1.60 |
| Basic Sp Life | No | $0.00 | $0.00 | $2.08 | $10.40 |
| Dental | Yes | $0.00 | $0.00 | $120.00 | $360.00 |
| Group Term Life | No | $0.00 | $0.00 | $128.93 | $644.65 |
| Long Term Disab | No | $0.00 | $0.00 | $5.08 | $25.40 |
| Medical HBCBS | Yes | $0.00 | $0.00 | $1,412.00 | $4,236.00 |
| Short Term Dis | No | $0.00 | $0.00 | $3.74 | $18.70 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $398.48 | $2,002.51 |
| Employee Medicare | $45.91 | $230.21 |
| Social Security Employee Tax | $196.30 | $984.33 |
| AL State Income Tax | $128.19 | $643.25 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floating Hol. | 0.0000 | 16.0000 |
| Paid Time Off | 6.4600 | 56.4400 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx4340 | Checking | $2,382.99 |
| Total | | $2,382.99 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,186.07 | $3,166.07 | $768.88 | $34.20 | $2,382.99 |
| YTD | $15,976.29 | $15,876.29 | $3,860.30 | $171.00 | $11,944.99 |



**LG Electronics Alabama, Inc**
201 James Record Rd.
Huntsville, AL 35824
256-774-4119

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/27/2019 |
| Period End Date | 02/09/2019 |
| Pay Date | 02/15/2019 |
| Document | 38607 |
| Net Pay | $2,382.99 |

## Pay Details

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BRETT ANDREW MILLAR | Employee Number | 104614 | Pay Group | LGEAI ISE | Federal Income Tax | S | 3 |
| 102 BLUEBELLE DR. | SSN | XXX-XX-7663 | Location | Huntsville, AL | AL State Income Tax (Residence) | W | 2 |
| MADISON, AL 35758 | Job | Cust Svc Analyst III | Division | I10001 - Customer Service | AL State Income Tax (Work) | W | 2 |
| USA | Pay Rate | $39.7335 | Department | I40026 - Field Service | | | |
| | Pay Frequency | Biweekly | Team | I40102 - FS KAM | | | |
| | | | Part | - | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Dependent Life | | | $0.52 | $2.08 |
| Group Term Life | | | $4.79 | $19.16 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $953.61 |
| Paid Time Off | 5.0000 | $39.7335 | $198.67 | $3,059.49 |
| Regular Pay | 75.0000 | $39.7335 | $2,980.01 | $8,701.64 |
| Spouse Life | | | $2.08 | $8.32 |

Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dep Life Child | No | $1.03 | $4.12 | $0.00 | $0.00 |
| Dependent Life | No | $0.52 | $2.08 | $0.00 | $0.00 |
| Group Term Life | No | $4.79 | $19.16 | $0.00 | $0.00 |
| Healthcare FSA | Yes | $20.00 | $80.00 | $0.00 | $0.00 |
| Spouse Life | No | $2.08 | $8.32 | $0.00 | $0.00 |
| Sup Spouse Life | No | $1.16 | $4.64 | $0.00 | $0.00 |
| Supp Life EE | No | $4.62 | $18.48 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $29.75 | $119.00 |
| Basic Child Lif | No | $0.00 | $0.00 | $0.52 | $2.08 |
| Basic Emp Life | No | $0.00 | $0.00 | $0.32 | $1.28 |
| Basic Sp Life | No | $0.00 | $0.00 | $2.08 | $8.32 |
| Dental | Yes | $0.00 | $0.00 | $0.00 | $240.00 |
| Group Term Life | No | $0.00 | $0.00 | $128.93 | $515.72 |
| Long Term Disab | No | $0.00 | $0.00 | $5.08 | $20.32 |
| Medical HBCBS | Yes | $0.00 | $0.00 | $0.00 | $2,824.00 |
| Short Term Dis | No | $0.00 | $0.00 | $3.74 | $14.96 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $398.48 | $1,593.92 |
| Employee Medicare | $45.91 | $183.63 |
| Social Security Employee Tax | $196.30 | $785.19 |
| AL State Income Tax | $128.19 | $512.76 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floating Hol. | 0.0000 | 16.0000 |
| Paid Time Off | 6.4600 | 49.9800 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx4340 | Checking | $2,382.99 |
| Total | | $2,382.99 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,186.07 | $3,166.07 | $768.88 | $34.20 | $2,382.99 |
| YTD | $12,744.30 | $12,664.30 | $3,075.50 | $136.80 | $9,532.00 |



**LG Electronics Alabama, Inc**
201 James Record Rd.
Huntsville, AL 35824
256-774-4119

**Pay Statement**
Period Start Date  01/27/2019
Period End Date   02/09/2019
Pay Date          02/15/2019
Document          39118
Net Pay           $30.00

## Pay Details

| | | | |
|---|---|---|---|
| **BRETT ANDREW MILLAR** | **Employee Number** 104614 | **Pay Group** LGEAI ISE | **Federal Income Tax** S 3 |
| 102 BLUEBELLE DR. | **SSN** XXX-XX-7663 | **Location** Huntsville, AL | **AL State Income Tax (Residence)** W 2 |
| MADISON, AL 35758 | **Job** Cust Svc Analyst III | **Division** I10001 - Customer Service | **AL State Income Tax (Work)** W 2 |
| USA | **Pay Rate** $39.7335 | **Department** I40026 - Field Service | |
| | **Pay Frequency** Biweekly | **Team** I40102 - FS KAM | |
| | | **Part** - | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Birthday Award | | | $45.92 | $45.92 |
| Dependent Life | 0.0000 | $0.0000 | $0.00 | $2.08 |
| Group Term Life | 0.0000 | $0.0000 | $0.00 | $19.16 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $953.61 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $3,059.49 |
| Regular Pay | 0.0000 | $0.0000 | $0.00 | $8,701.64 |
| Spouse Life | 0.0000 | $0.0000 | $0.00 | $8.32 |

Total Hours  0.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dep Life Child | No | $0.00 | $4.12 | $0.00 | $0.00 |
| Dependent Life | No | $0.00 | $2.08 | $0.00 | $0.00 |
| Group Term Life | No | $0.00 | $19.16 | $0.00 | $0.00 |
| Healthcare FSA | Yes | $0.00 | $80.00 | $0.00 | $0.00 |
| Spouse Life | No | $0.00 | $8.32 | $0.00 | $0.00 |
| Sup Spouse Life | No | $0.00 | $4.64 | $0.00 | $0.00 |
| Supp Life EE | No | $0.00 | $18.48 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $0.00 | $119.00 |
| Basic Child Lif | No | $0.00 | $0.00 | $0.00 | $2.08 |
| Basic Emp Life | No | $0.00 | $0.00 | $0.00 | $1.28 |
| Basic Sp Life | No | $0.00 | $0.00 | $0.00 | $8.32 |
| Dental | Yes | $0.00 | $0.00 | $0.00 | $240.00 |
| Group Term Life | No | $0.00 | $0.00 | $0.00 | $515.72 |
| Long Term Disab | No | $0.00 | $0.00 | $0.00 | $20.32 |
| Medical HBCBS | Yes | $0.00 | $0.00 | $0.00 | $2,824.00 |
| Short Term Dis | No | $0.00 | $0.00 | $0.00 | $14.96 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $10.11 | $1,604.03 |
| Employee Medicare | $0.67 | $184.30 |
| Social Security Employee Tax | $2.84 | $788.03 |
| AL State Income Tax | $2.30 | $515.06 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floating Hol. | 0.0000 | 16.0000 |
| Paid Time Off | 0.0000 | 49.9800 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx4340 | Checking | $30.00 |
| Total | | $30.00 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $45.92 | $45.92 | $15.92 | $0.00 | $30.00 |
| YTD | $12,790.22 | $12,710.22 | $3,091.42 | $136.80 | $9,562.00 |

Case 19-82211-CRJ7    Doc 4    Filed 07/24/19    Entered 07/24/19 16:14:18    Desc Main
Document    Page 13 of 16



| LG Electronics Alabama, Inc | | Pay Statement | |
|---|---|---|---|
| 201 James Record Rd. | | Period Start Date | 01/13/2019 |
| Huntsville, AL 35824 | | Period End Date | 01/26/2019 |
| 256-774-4119 | | Pay Date | 02/01/2019 |
| | | Document | 38034 |
| | | Net Pay | $2,383.00 |

## Pay Details

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BRETT ANDREW MILLAR | Employee Number | 104614 | Pay Group | LGEAI ISE | Federal Income Tax | S | 3 |
| 102 BLUEBELLE DR. | SSN | XXX-XX-7663 | Location | Huntsville, AL | AL State Income Tax (Residence) | W | 2 |
| MADISON, AL 35758 | Job | Cust Svc Analyst III | Division | I10001 - Customer Service | AL State Income Tax (Work) | W | 2 |
| USA | Pay Rate | $39.7335 | Department | I40026 - Field Service | | | |
| | Pay Frequency | Biweekly | Team | I40102 - FS KAM | | | |
| | | | Part | - | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Dependent Life | | | $0.52 | $1.56 |
| Group Term Life | | | $4.79 | $14.37 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $953.61 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $2,860.82 |
| Regular Pay | 80.0000 | $39.7335 | $3,178.68 | $5,721.63 |
| Spouse Life | | | $2.08 | $6.24 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dep Life Child | No | $1.03 | $3.09 | $0.00 | $0.00 |
| Dependent Life | No | $0.52 | $1.56 | $0.00 | $0.00 |
| Group Term Life | No | $4.79 | $14.37 | $0.00 | $0.00 |
| Healthcare FSA | Yes | $20.00 | $60.00 | $0.00 | $0.00 |
| Spouse Life | No | $2.08 | $6.24 | $0.00 | $0.00 |
| Sup Spouse Life | No | $1.16 | $3.48 | $0.00 | $0.00 |
| Supp Life EE | No | $4.62 | $13.86 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $29.75 | $89.25 |
| Basic Child Lif | No | $0.00 | $0.00 | $0.52 | $1.56 |
| Basic Emp Life | No | $0.00 | $0.00 | $0.32 | $0.96 |
| Basic Sp Life | No | $0.00 | $0.00 | $2.08 | $6.24 |
| Dental | Yes | $0.00 | $0.00 | $120.00 | $240.00 |
| Group Term Life | No | $0.00 | $0.00 | $128.93 | $386.79 |
| Long Term Disab | No | $0.00 | $0.00 | $5.08 | $15.24 |
| Medical HBCBS | Yes | $0.00 | $0.00 | $1,412.00 | $2,824.00 |
| Short Term Dis | No | $0.00 | $0.00 | $3.74 | $11.22 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $398.48 | $1,195.44 |
| Employee Medicare | $45.90 | $137.72 |
| Social Security Employee Tax | $196.30 | $588.89 |
| AL State Income Tax | $128.19 | $384.57 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floating Hol. | 0.0000 | 16.0000 |
| Paid Time Off | 6.4600 | 48.5200 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx4340 | Checking | $2,383.00 |
| Total | | $2,383.00 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,186.07 | $3,166.07 | $768.87 | $34.20 | $2,383.00 |
| YTD | $9,558.23 | $9,498.23 | $2,306.62 | $102.60 | $7,149.01 |



**LG Electronics Alabama, Inc**
201 James Record Rd.
Huntsville, AL 35824
256-774-4119

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 12/30/2018 |
| Period End Date | 01/12/2019 |
| Pay Date | 01/18/2019 |
| Document | 37406 |
| Net Pay | $2,383.01 |

## Pay Details

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **BRETT ANDREW MILLAR** | | Employee Number | 104614 | Pay Group | LGEAI ISE | Federal Income Tax | S  3 |
| 102 BLUEBELLE DR. | | SSN | XXX-XX-7663 | Location | Huntsville, AL | AL State Income Tax (Residence) | W  2 |
| MADISON, AL 35758 | | Job | Cust Svc Analyst III | Division | I10001 - Customer Service | AL State Income Tax (Work) | W  2 |
| USA | | Pay Rate | $39.7335 | Department | I40026 - Field Service | | |
| | | Pay Frequency | Biweekly | Team | I40102 - FS KAM | | |
| | | | | Part | - | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Dependent Life | | | $0.52 | $1.04 |
| Group Term Life | | | $4.79 | $9.58 |
| Holiday | 8.0000 | $39.7335 | $317.87 | $953.61 |
| Paid Time Off | 8.0000 | $39.7335 | $317.87 | $2,860.82 |
| Regular Pay | 64.0000 | $39.7335 | $2,542.95 | $2,542.95 |
| Spouse Life | | | $2.08 | $4.16 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dep Life Child | No | $1.03 | $2.06 | $0.00 | $0.00 |
| Dependent Life | No | $0.52 | $1.04 | $0.00 | $0.00 |
| Group Term Life | No | $4.79 | $9.58 | $0.00 | $0.00 |
| Healthcare FSA | Yes | $20.00 | $40.00 | $0.00 | $0.00 |
| Spouse Life | No | $2.08 | $4.16 | $0.00 | $0.00 |
| Sup Spouse Life | No | $1.16 | $2.32 | $0.00 | $0.00 |
| Supp Life EE | No | $4.62 | $9.24 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $29.75 | $59.50 |
| Basic Child Lif | No | $0.00 | $0.00 | $0.52 | $1.04 |
| Basic Emp Life | No | $0.00 | $0.00 | $0.32 | $0.64 |
| Basic Sp Life | No | $0.00 | $0.00 | $2.08 | $4.16 |
| Dental | Yes | $0.00 | $0.00 | $0.00 | $120.00 |
| Group Term Life | No | $0.00 | $0.00 | $128.93 | $257.86 |
| Long Term Disab | No | $0.00 | $0.00 | $5.08 | $10.16 |
| Medical HBCBS | Yes | $0.00 | $0.00 | $0.00 | $1,412.00 |
| Short Term Dis | No | $0.00 | $0.00 | $3.74 | $7.48 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $398.48 | $796.96 |
| Employee Medicare | $45.91 | $91.82 |
| Social Security Employee Tax | $196.29 | $392.59 |
| AL State Income Tax | $128.19 | $256.38 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floating Hol. | 0.0000 | 16.0000 |
| Paid Time Off | 6.4600 | 42.0600 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx4340 | Checking | $2,383.01 |
| Total | | $2,383.01 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,186.08 | $3,166.08 | $768.87 | $34.20 | $2,383.01 |
| YTD | $6,372.16 | $6,332.16 | $1,537.75 | $68.40 | $4,766.01 |

Case 19-82211-CRJ7    Doc 4    Filed 07/24/19    Entered 07/24/19 16:14:18    Desc Main
Document      Page 15 of 16



**LG Electronics Alabama, Inc**
201 James Record Rd.
Huntsville, AL 35824
256-774-4119

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 12/16/2018 |
| Period End Date | 12/29/2018 |
| Pay Date | 01/04/2019 |
| Document | 36855 |
| Net Pay | $2,383.00 |

## Pay Details

| | | | |
|---|---|---|---|
| **BRETT ANDREW MILLAR** | **Employee Number** 104614 | **Pay Group** LGEAI ISE | **Federal Income Tax** S 3 |
| 102 BLUEBELLE DR. | **SSN** XXX-XX-7663 | **Location** Huntsville, AL | **AL State Income Tax (Residence)** W 2 |
| MADISON, AL 35758 | **Job** Cust Svc Analyst III | **Division** I10001 - Customer Service | **AL State Income Tax (Work)** W 2 |
| USA | **Pay Rate** $39.7335 | **Department** I40026 - Field Service | |
| | **Pay Frequency** Biweekly | **Team** I40102 - FS KAM | |
| | | **Part** - | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Dependent Life | | | $0.52 | $0.52 |
| Group Term Life | | | $4.79 | $4.79 |
| Holiday | 16.0000 | $39.7335 | $635.74 | $635.74 |
| Paid Time Off | 64.0000 | $39.7335 | $2,542.95 | $2,542.95 |
| Spouse Life | | | $2.08 | $2.08 |

Total Hours 80.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Dep Life Child | No | $1.03 | $1.03 | $0.00 | $0.00 |
| Dependent Life | No | $0.52 | $0.52 | $0.00 | $0.00 |
| Group Term Life | No | $4.79 | $4.79 | $0.00 | $0.00 |
| Healthcare FSA | Yes | $20.00 | $20.00 | $0.00 | $0.00 |
| Spouse Life | No | $2.08 | $2.08 | $0.00 | $0.00 |
| Sup Spouse Life | No | $1.16 | $1.16 | $0.00 | $0.00 |
| Supp Life EE | No | $4.62 | $4.62 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $29.75 | $29.75 |
| Basic Child Lif | No | $0.00 | $0.00 | $0.52 | $0.52 |
| Basic Emp Life | No | $0.00 | $0.00 | $0.32 | $0.32 |
| Basic Sp Life | No | $0.00 | $0.00 | $2.08 | $2.08 |
| Dental | Yes | $0.00 | $0.00 | $120.00 | $120.00 |
| Group Term Life | No | $0.00 | $0.00 | $128.93 | $128.93 |
| Long Term Disab | No | $0.00 | $0.00 | $5.08 | $5.08 |
| Medical HBCBS | Yes | $0.00 | $0.00 | $1,412.00 | $1,412.00 |
| Short Term Dis | No | $0.00 | $0.00 | $3.74 | $3.74 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $398.48 | $398.48 |
| Employee Medicare | $45.91 | $45.91 |
| Social Security Employee Tax | $196.30 | $196.30 |
| AL State Income Tax | $128.19 | $128.19 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floating Hol. | 16.0000 | 16.0000 |
| Paid Time Off | 6.4600 | 43.6000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx4340 | Checking | $2,383.00 |
| Total | | $2,383.00 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,186.08 | $3,166.08 | $768.88 | $34.20 | $2,383.00 |
| YTD | $3,186.08 | $3,166.08 | $768.88 | $34.20 | $2,383.00 |