## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA (Decatur)

RE:  Brett Andrew Millar            CASE NO.: 19-82211-CRJ7

DEBTOR                          CHAPTER 7

---

## NOTICE OF APPEARANCE

Comes now JOSHUA B. WHITE, an attorney authorized to practice in this Court, and files his notice of appearance on behalf of REDSTONE FEDERAL CREDIT UNION, pursuant to Rule 9010 (b), Federal Rules of Bankruptcy Procedure.  Please direct all future notices to which REDSTONE FEDERAL CREDIT UNION, is entitled to:

Dated this 1st day of August, 2019.

OF COUNSEL:

STEPHENS MILLIRONS, P.C.          BY:  /s/ Joshua B. White
120 Seven Cedars Drive                    JOSHUA B. WHITE
Post Office Box 307                       Attorney for Creditor
Huntsville, Alabama 35804
(256) 382-5500

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the attorney of record for debtor, Adam C. Dauro, adauro@heardlaw.com, and the trustee of record, Judith Thompson, judith@al-bk.com, electronically through the Court's electronic filing system.

Dated this 1st day of August, 2019.

                                /s/ Joshua B. White
                                JOSHUA B. WHITE